THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
7:09-cv-130-D

| ELIJAH DAVIS, | ) | |
| --- | --- | --- |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ENTRY OF DEFAULT |
| | ) | |
| WORLDWIDE RECOVERIES LLC | ) | |
| DAN DURBIN | ) | |
| W.C. BROWN, II | ) | |
| SCOTT CASS | ) | |
| Defendants. | ) | |

Upon motion, request, and proper showing by attorney for the plaintiff, Elijah Davis, the above-named Defendants having failed to appear, plead, or otherwise defend as provided by Rule 55 of the Federal Rules of Civil Procedure, default is hereby entered against said Defendants.

This the 1st day of June, 2010,

_____
DENNIS P. IAVARONE
Clerk of Court